# EXHIBIT A

IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT IN AND
FOR LEE COUNTY, FLORIDA

CASE NO:

MARCELO KALIL,

    Plaintiff,

vs.

WALMART, INC.,

    Defendant.

_____ /

## COMPLAINT

COMES NOW Plaintiff, MARCELO KALIL, and sues Defendant, WALMART, INC., and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff is a natural person residing in Lee County, Florida.

1

3. At all times material to this action, WALMART is a Delaware corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant was the owner and in possession of that certain business located at 14821 6 Mile Cypress Parkway, Fort Myers, Florida, 33912, said business being that of a retail store, open to the general public, including the Plaintiff herein.

5. On or about December 27, 2018, Plaintiff visited Defendant's premises located at the above address to go shopping.

6. At said time and place, Plaintiff was a guest at the retail store, lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for his safety.

7. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a) Negligently failing to maintain or adequately maintain the customer service area, thus creating a hazardous condition to members of the public utilizing said customer service area, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

b) Negligently failing to inspect or adequately inspect the customer service area, as specified above, to ascertain whether the liquid on the floor constituted a hazard to pedestrians utilizing said customer service area, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the customer service area, when Defendant knew or through the exercise of reasonable care

should have known that said customer service area was unreasonably dangerous and that Plaintiff was unaware of same; and

d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the customer service area on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a result, while Plaintiff was visiting Defendant's business, he slipped and fell on liquid on the floor, sustaining injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, MARCELO KALIL, sues the Defendant, WALMART INC, for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 15th day of January, 2020

/s/ Antoine Pecko
M. ANTOINE PECKO, ESQUIRE
FBN: 103929
Morgan & Morgan
Post Office Box 9504
Fort Myers, FL 33906
Phone: (239) 433-6880
Attorneys for Plaintiff
E-Mail: apecko@forthepeople.com